Michael A. D'Antonio
Plaintiff Pro Se
PO BOX 55
Allendale NJ. 07401
201-962-5881 cell
201-797-1245 fax
mad.316@hot mail.com                              3/28/2016

In the Matter of D'Antonio v Borough of Allendale et als
Docket No. 0816 -16

---

## PROOF OF SERVICE

The Complaint in the above referenced matter was served on each individual defendant by the United States Post Office.

I personally delivered 12 Complaints to the US Post Office at the Newark Main Office, Newark, New Jersey on February 10, 2016 .

I personally verified the Product and Tracking Information electronically and have submitted a Master Post Office Receipt and The 12 Tracking Forms which match and verifies that the complaint was delivered to each named defendant.

At the request of the Attorney for the Bergen County Sheriffs Department I delivered by hand a copy of the Civil Rights Complaint a Copy of which is enclosed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false i am subject to punishment.

3-28-16                                           *[signature]*
_____                                   _____
                                                   Michael A. D'Antonio

```
           NEWARK MAIN OFFICE
           NEWARK, New Jersey
               071029998
             3356730117-0097
02/10/2016 (973)693-5161 01:54:45 PM

─────────── Sales Receipt ───────────
Product          Sale Unit      Final
Description      Qty  Price     Price
─────────────────────────────────────
@@ "" MARLBORO NJ 07746-1472    $6.45
Zone-1
Priority Mail 1-Day
By Weight
15.00 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4953 27
                              ========
 Issue Postage:                 $6.45

@@ "" RIDGEWOOD NJ              $6.45
07450-4405 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4957 85
                              ========
 Issue Postage:                 $6.45

@@ "" ALLENDALE NJ              $6.45
07401-2017 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4964 23
                              ========
 Issue Postage:                 $6.45

@@ "" ALLENDALE NJ              $6.45
07401-1726 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4967 13
                              ========
 Issue Postage:                 $6.45

@@ "" RIDGEWOOD NJ              $6.45
07450-4405 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4971 09
                              ========
 Issue Postage:                 $6.45

@@ "" HACKENSACK NJ             $6.45
07601-7042 Zone-1
Priority Mail 1-Day
By Weight
```

1
2
3
4
5

```
@@ ** HACKENSACK NJ                $6.45
07601-7042 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4974 82
                                ========
 Issue Postage:                    $6.45

@@ ** PARAMUS NJ 07653             $6.45
Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4979 18
                                ========
 Issue Postage:                    $6.45

@@ ** PARAMUS NJ 07652-5248        $6.45
Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4984 72
                                ========
 Issue Postage:                    $6.45

@@ ** HACKENSACK NJ                $6.45
07601-8100 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4987 79
                                ========
 Issue Postage:                    $6.45

@@ ** ALLENDALE NJ                 $6.45
07401-2000 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 4991 34
                                ========
 Issue Postage:                    $6.45

@@ ** HARRINGTON PARK NJ           $6.45
07640 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
 Expected Delivery: Thu 02/11/16
 Includes up to $50 insurance

 USPS Tracking #:
 9505 5113 3726 6041 5001 20
                                ========
 Issue Postage:                    $6.45

@@ ** MORRISTOWN NJ                $6.45
07960-2938 Zone-1
Priority Mail 1-Day
By Weight
15.10 oz.
```

6

7

8

9

10

11

```
      @@  PARAMUS NJ 07653              $6.45
      Zone-1
      Priority Mail 1-Day
      By Weight
      15.10 oz.
        Expected Delivery: Thu 02/11/16
        Includes up to $50 insurance

        USPS Tracking #:
        9505 5113 3726 6041 4979 18
                                        ========
      Issue Postage:                     $6.45

      @@  PARAMUS NJ 07652-5248          $6.45
      Zone-1
      Priority Mail 1-Day
      By Weight
      15.10 oz.
        Expected Delivery: Thu 02/11/16
        Includes up to $50 insurance

        USPS Tracking #:
        9505 5113 3726 6041 4984 72
                                        ========
      Issue Postage:                     $6.45

      @@  HACKENSACK NJ                  $6.45
      07601-8100 Zone-1
      Priority Mail 1-Day
      By Weight
      15.10 oz.
        Expected Delivery: Thu 02/11/16
        Includes up to $50 insurance

        USPS Tracking #:
        9505 5113 3726 6041 4987 79
                                        ========
      Issue Postage:                     $6.45

      @@  ALLENDALE NJ                   $6.45
      07401-2000 Zone-1
      Priority Mail 1-Day
      By Weight
      15.10 oz.
        Expected Delivery: Thu 02/11/16
        Includes up to $50 insurance

        USPS Tracking #:
        9505 5113 3726 6041 4991 34
                                        ========
      Issue Postage:                     $6.45

      @@  HARRINGTON PARK NJ             $6.45
      07640 Zone-1
      Priority Mail 1-Day
      By Weight
      15.10 oz.
        Expected Delivery: Thu 02/11/16
        Includes up to $50 insurance

        USPS Tracking #:
        9505 5113 3726 6041 5001 20
                                        ========
      Issue Postage:                     $6.45

      @@  MORRISTOWN NJ                  $6.45
      07960-2938 Zone-1
      Priority Mail 1-Day
      By Weight
      15.10 oz.
        Expected Delivery: Thu 02/11/16
        Includes up to $50 insurance

        USPS Tracking #:
        9505 5113 3726 6041 5005 19
                                        ========
      Issue Postage:                     $6.45

Total:                                  ========
                                         $77.40

Paid by:
Cash                                    $100.00
```

12

English     Customer Service     USPS Mobile                                    Register / Sign In


# USPS.COM®

# USPS Tracking®

Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041495327     RECEIPT #1

**On Time**
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information                         Available Actions

**Postal Product:**          **Features:**
Priority Mail 1-Day™         USPS Tracking®      Up to $50 insurance included
                                                 Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 12:09 pm | Delivered, In/At Mailbox | MARLBORO, NJ 07746 |

Your item was delivered in or at the mailbox at 12:09 pm on February 11, 2016 in MARLBORO, NJ 07746.

| | | |
|---|---|---|
| February 11, 2016, 8:03 am | Out for Delivery | MARLBORO, NJ 07746 |
| February 11, 2016, 7:53 am | Sorting Complete | MARLBORO, NJ 07746 |
| February 11, 2016, 6:54 am | Arrived at Post Office | FREEHOLD, NJ 07728 |
| February 10, 2016, 11:13 pm | Departed USPS Facility | KEARNY, NJ 07032 |
| February 10, 2016, 10:24 pm | Arrived at USPS Facility | KEARNY, NJ 07032 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:45 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

**Tracking (or receipt) number**

_____    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



English   Customer Service   USPS Mobile                                    Register / Sign In

## USPS.COM®

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041495785   RECEIPT # 2

On Time
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information

## Available Actions

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking®    Up to $50 insurance included
Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 10:11 am | Delivered, In/At Mailbox | RIDGEWOOD, NJ 07450 |

Your item was delivered in or at the mailbox at 10:11 am on February 11, 2016 in RIDGEWOOD, NJ 07450.

| | | |
|---|---|---|
| February 11, 2016, 8:10 am | Out for Delivery | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 8:00 am | Sorting Complete | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 6:00 am | Arrived at Post Office | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 5:39 am | Arrived at USPS Facility | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:46 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS.COM®

## USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041496423      RECEIPT # 3

On Time
Expected Delivery Day: Thursday, February 11, 2016

### Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking®     Up to $50 insurance included
Restrictions Apply

### Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 3:06 pm | Delivered, In/At Mailbox | ALLENDALE, NJ 07401 |

Your item was delivered in or at the mailbox at 3:06 pm on February 11, 2016 in ALLENDALE, NJ 07401.

| February 11, 2016, 9:32 am | Out for Delivery | ALLENDALE, NJ 07401 |
| February 11, 2016, 9:07 am | Sorting Complete | ALLENDALE, NJ 07401 |
| February 11, 2016, 6:35 am | Arrived at Post Office | MAHWAH, NJ 07430 |
| February 11, 2016, 5:11 am | Arrived at USPS Facility | MAHWAH, NJ 07430 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:47 pm | Acceptance | NEWARK, NJ 07102 |

### Track Another Package

Tracking (or receipt) number

[                                                    ]   Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041496713        RECEIPT # A

On Time
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking®     Up to $50 insurance included
Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 10:21 am | Delivered, Front Desk/Reception | ALLENDALE, NJ 07401 |

Your item was delivered to the front desk or reception area at 10:21 am on February 11, 2016 in ALLENDALE, NJ 07401.

| | | |
|---|---|---|
| February 11, 2016, 9:07 am | Sorting Complete | ALLENDALE, NJ 07401 |
| February 11, 2016, 6:34 am | Arrived at Post Office | MAHWAH, NJ 07430 |
| February 11, 2016, 5:11 am | Arrived at USPS Facility | MAHWAH, NJ 07430 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:47 pm | Acceptance | NEWARK, NJ 07102 |

## Available Actions

## Track Another Package

**Tracking (or receipt) number**

[                                   ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



English    Customer Service    USPS Mobile                                    Register / Sign In

# USPS.COM®

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041497109        RECEIPT # 5

On Time
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information

**Postal Product:**           **Features:**
Priority Mail 1-Day™          USPS Tracking®        Up to $50 insurance included
                                                    Restrictions Apply

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 10:11 am | Delivered, In/At Mailbox | RIDGEWOOD, NJ 07450 |

Your item was delivered in or at the mailbox at 10:11 am on February 11, 2016 in RIDGEWOOD, NJ 07450.

| | | |
|---|---|---|
| February 11, 2016, 8:10 am | Out for Delivery | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 8:00 am | Sorting Complete | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 6:08 am | Arrived at Post Office | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 5:39 am | Arrived at USPS Facility | RIDGEWOOD, NJ 07450 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:48 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

Tracking (or receipt) number

[                                    ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| English | Customer Service | USPS Mobile | Register / Sign In |

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041497482        RECEIPT # 6

**On Time**
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information                    Available Actions

**Postal Product:**            **Features:**
Priority Mail 1-Day™           USPS Tracking®      Up to $50 insurance included
                                                    Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 7:57 am | Delivered, To Agent | HACKENSACK, NJ 07601 |

Your item has been delivered to an agent at 7:57 am on February 11, 2016 in HACKENSACK, NJ 07601.

| | | |
|---|---|---|
| February 11, 2016, 7:47 am | Sorting Complete | HACKENSACK, NJ 07601 |
| February 11, 2016, 6:24 am | Arrived at Post Office | SOUTH HACKENSACK, NJ 07606 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:49 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

Tracking (or receipt) number

[                                    ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›

English        Customer Service        USPS Mobile                                                   Register / Sign In

# USPS.COM®

# USPS Tracking®

 Customer Service ›
Have questions? We're here to help.

 Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041497918        RECEIPT # 7

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking®        Up to $50 insurance included
                     Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 24, 2016, 2:05 pm | Delivered, In/At Mailbox | FAIR LAWN, NJ 07410 |

Your item was delivered in or at the mailbox at 2:05 pm on February 24, 2016 in FAIR LAWN, NJ 07410.

| | | |
|---|---|---|
| February 24, 2016, 5:47 am | Arrived at Post Office | FAIR LAWN, NJ 07410 |
| February 24, 2016, 1:07 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 22, 2016, 7:39 pm | Departed USPS Facility | NASHUA, NH 03063 |
| February 22, 2016, 7:37 pm | Arrived at USPS Facility | NASHUA, NH 03063 |
| February 11, 2016, 3:14 pm | Undeliverable as Addressed | PARAMUS, NJ 07652 |
| February 11, 2016, 8:59 am | Out for Delivery | PARAMUS, NJ 07653 |
| February 11, 2016, 8:49 am | Sorting Complete | PARAMUS, NJ 07653 |
| February 11, 2016, 4:41 am | Arrived at Post Office | PARAMUS, NJ 07652 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:49 pm | Acceptance | NEWARK, NJ 07102 |

## Available Actions

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



English     Customer Service     USPS Mobile     Register / Sign In

**USPS.COM**

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9505511337266041498472     RECEIPT # 8

**On Time**
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information

**Postal Product:**     **Features:**
Priority Mail 1-Day™     USPS Tracking®     Up to $50 insurance included
    Restrictions Apply

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 9:41 am | Delivered, In/At Mailbox | PARAMUS, NJ 07652 |

Your item was delivered in or at the mailbox at 9:41 am on February 11, 2016 in PARAMUS, NJ 07652.

| | | |
|---|---|---|
| February 11, 2016, 8:49 am | Sorting Complete | PARAMUS, NJ 07652 |
| February 11, 2016, 4:41 am | Arrived at Post Office | PARAMUS, NJ 07652 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:50 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

Tracking (or receipt) number

    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

English    Customer Service    USPS Mobile    Register / Sign In

**USPS.COM®**

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9505511337266041498779    RECEIPT #9

**On Time**
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking®    Up to $50 insurance included
Restrictions Apply

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 2:03 pm | Delivered | HACKENSACK, NJ 07601 |

Your item was delivered at 2:03 pm on February 11, 2016 in HACKENSACK, NJ 07601.

| | | |
|---|---|---|
| February 11, 2016, 7:57 am | Out for Delivery | HACKENSACK, NJ 07601 |
| February 11, 2016, 7:47 am | Sorting Complete | HACKENSACK, NJ 07601 |
| February 11, 2016, 6:24 am | Arrived at Post Office | SOUTH HACKENSACK, NJ 07606 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:51 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

**Tracking (or receipt) number**

[  ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS › 

English     Customer Service     USPS Mobile            Register / Sign In

## ≡USPS.COM®

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9505511337266041499134     RECEIPT # 10

On Time
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information

**Postal Product:**     **Features:**
Priority Mail 1-Day™     USPS Tracking®     Up to $50 insurance included
Restrictions Apply

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 3:09 pm | Delivered, In/At Mailbox | ALLENDALE, NJ 07401 |

Your item was delivered in or at the mailbox at 3:09 pm on February 11, 2016 in ALLENDALE, NJ 07401.

| | | |
|---|---|---|
| February 11, 2016, 9:32 am | Available for Pickup | ALLENDALE, NJ 07401 |
| February 11, 2016, 9:07 am | Sorting Complete | ALLENDALE, NJ 07401 |
| February 11, 2016, 6:29 am | Arrived at Post Office | MAHWAH, NJ 07430 |
| February 11, 2016, 5:11 am | Arrived at USPS Facility | MAHWAH, NJ 07430 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:51 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

**Tracking (or receipt) number**

[_____]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



English     Customer Service     USPS Mobile                                        Register / Sign In

**USPS.COM**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505511337266041500120     RECEIPT # 11

On Time
Expected Delivery Day: **Thursday, February 11, 2016**

## Product & Tracking Information                           Available Actions

**Postal Product:**            **Features:**
Priority Mail 1-Day™           USPS Tracking®           Up to $50 insurance included
                                                        Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 11:45 am | Delivered, In/At Mailbox | HARRINGTON PARK, NJ 07640 |

Your item was delivered in or at the mailbox at 11:45 am on February 11, 2016 in HARRINGTON PARK, NJ 07640.

| | | |
|---|---|---|
| February 11, 2016, 8:30 am | Out for Delivery | HARRINGTON PARK, NJ 07640 |
| February 11, 2016, 8:20 am | Sorting Complete | HARRINGTON PARK, NJ 07640 |
| February 11, 2016, 7:38 am | Arrived at Post Office | HARRINGTON PARK, NJ 07640 |
| February 11, 2016, 1:57 am | Arrived at USPS Facility | TETERBORO, NJ 07699 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:53 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package                                    ## Manage Incoming Packages

**Tracking (or receipt) number**                            Track all your packages from a dashboard.
                                                            No tracking numbers necessary.

                                              Track It      Sign up for My USPS ›    

English    Customer Service    USPS Mobile    Register / Sign In

# USPS.COM®

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9505511337266041500519    RECEIPT #2

**On Time**
Expected Delivery Day: Thursday, February 11, 2016

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking®    Up to $50 insurance included
Restrictions Apply

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 11, 2016, 6:25 pm | Delivered, In/At Mailbox | MORRISTOWN, NJ 07960 |

Your item was delivered in or at the mailbox at 6:25 pm on February 11, 2016 in MORRISTOWN, NJ 07960.

| | | |
|---|---|---|
| February 11, 2016, 9:55 am | Out for Delivery | MORRISTOWN, NJ 07960 |
| February 11, 2016, 9:27 am | Sorting Complete | MORRISTOWN, NJ 07960 |
| February 11, 2016, 6:09 am | Arrived at Post Office | MORRISTOWN, NJ 07960 |
| February 10, 2016, 11:13 pm | Departed USPS Facility | KEARNY, NJ 07032 |
| February 10, 2016, 10:22 pm | Arrived at USPS Facility | KEARNY, NJ 07032 |
| February 10, 2016, 5:26 pm | Departed Post Office | NEWARK, NJ 07102 |
| February 10, 2016, 1:54 pm | Acceptance | NEWARK, NJ 07102 |

## Track Another Package

**Tracking (or receipt) number**

[                               ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›