AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO )
_____ )
*Plaintiff* )
v. ) Civil Action No. 16-cv-816
BOROUGH OF ALLENDALE )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BOROUGH OF ALLENDALE
500 W. CRESCENT AV
ALLENDALE NJ 07401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL A. D'ANTONIO
208 KENNETH AV
FAIRLAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO )
*Plaintiff* )
)
v. ) Civil Action No. 16-w-816
)
STILES THOMAS )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STILES THOMAS
30 LOUISE COURT
ALLENDALE NJ 07401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL A. D'ANTONIO
208 KENNETH AV
FAIR LAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016

Elisaveta Kollwei
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO
<u>                              </u>
  Plaintiff

v.  Civil Action No. 16-cv-816

JOHN ALBOHM
<u>                              </u>
  Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN ALBOHM
144 E. ALLENDALE AVE
ALLENDALE NJ 07401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL A D'ANTONIO
208 KENNETH AV
FAIR LAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO
*Plaintiff*

v.    Civil Action No. 16-cv-816

DAVID BOLE ESQ
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID BOLE ESQ
240 FRISCH CT
PARAMUS NJ 07765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL A. D'ANTONIO
208 KENNETH AV
FAIRLAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO
*Plaintiff*

v.  Civil Action No. 16-CW-816

DAVID PFUND ESQ
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID PFUND ESQ
139 PROSPECT ST
RIDGEWOOD NJ 07450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL A D'ANTONIO
20 8 KENNETH AV
FAIR LAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 3/31/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO
*Plaintiff*

v.   Civil Action No. 16-cv-816

MARY McDONNELL ESQ
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARY McDONNELL ESQ
    134 PROSPECT ST
    RIDGEWOOD NJ. 07450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL A. D'ANTONIO
    208 KENNETH AV
    FAIR LAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

MICHAEL A. D'ANTONIO  )
*Plaintiff*  )
)
v.  )  Civil Action No. 16-cv-816
)
MARK S CARTER ESQ  )
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK S CARTER ESQ
79 MAIN ST
HACKENSACK NJ 07601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL A. D'ANTONIO
208 KENNETH AV
FAIRLAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016

Elisaveta Kollaci

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO
*Plaintiff*

v.   Civil Action No. 16-cv-816

LOUIS CAPAZZI
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LOUIS CAPAZZI
16 EAST LAKE DR
HARRINGTON PARK NJ 07640

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL A. D'ANTONIO
208 KENNETH AV
FAIRLAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016

Elisabeta Kolluci
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO )
*Plaintiff* )
)
v. ) Civil Action No. 16-cv-816
)
PASSAIC RIVER COALITION )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PASSAIC RIVER COALITION
330 SPEEDWELL AVE
MORRISTOWN NJ 07960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL A. D'ANTONIO
208 KENNETH AV
FAIR LAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
*CLERK OF COURT*

Date: 03/31/2016

Elisoveta Bellucci
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO )
_____ )
Plaintiff )
v. ) Civil Action No. 16-cv-816
)
BERGEN COUNTY SHERIFFS DEPT. )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BERGEN COUNTY SHERIFFS DEPT
10 MAIN ST
HACKENSACK NJ 07601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL A. D'ANTONIO
20-8 KENNETH AVE
FAIRLAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 03/31/2016                               _Elisaveta Rellerd_
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO
*Plaintiff*

v.

THOMAS P MONAHAN ESQ
*Defendant*

Civil Action No. 16-cv-816

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOMAS P MONAHAN ESQ
21 MAIN ST
HACKENSACK NT 07601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MICHAEL A D'ANTONIO
208 KENNETH AV
FAIRLAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 3/31/2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MICHAEL A. D'ANTONIO
*Plaintiff*

v.   Civil Action No. 16-CV-816

RICHARD EPSTEIN ESQ
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RICHARD EPSTEIN ESQ
2 BUCKS LANE + HWY 79
MARLBORO NJ 07746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL A. D'ANTONIO
208 KENNETH AV
FAIRLAWN NJ 07410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
*CLERK OF COURT*

Date: 03/31/2016

*Elisabeta Tolluci*
*Signature of Clerk or Deputy Clerk*