**Mary C. McDonnell, Esq.**
PFUND MCDONNELL, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
Attorneys for Defendants, Borough of Allendale, Stiles Thomas, David Bole, David Pfund and Mary McDonnell

| | |
|---|---|
| MICHAEL D'ANTONIO, PRO SE<br>*Plaintiff(s)*<br><br>Vs.<br><br>BOROUGH OF ALLENDALE, STILES THOMAS, JOHN ALBOHN, DAVID BOLE, DAVID PFUND, MARY MCDONNELL, RICHARD EPSTEIN, THOMAS MONAHAN, MARK CARTER, LOUIS CAPAZZI, PASSAIC RIVER COALITION, BERGEN COUNTY SHERIFF'S DEPT.<br>*Defendant(s)* | CIVIL ACTION NO. 16-CV-00816 (CCC) (JBC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mary C. McDonnell, Esq. of Pfund McDonnell, P.C., hereby formally enters her appearance on behalf of Defendants, Borough of Allendale, Stiles Thomas, David Bole, David Pfund and Mary McDonnell.

PFUND MCDONNELL, PC.

s/*Mary C. McDonnell, Esq.*
Mary McDonnell, Esq.
Attorneys for Defendants,
Borough of Allendale, Stiles Thomas, David Bole,
David Pfund and Mary McDonnell
PFUND MCDONNELL, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
201-857-5040
Fx:201-857-5041

Dated: April 7, 2016