

WWW.RIVKINRADLER.COM

**FRANK HOLAHAN**
(201) 287-2494
PARTNER
frank.holahan@rivkin.com

April 7, 2016

**VIA ECF**
Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King Building &
    U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    D'Antonio v. Borough of Allendale, et als.
           Civil Action No.: 2016-cv-00816 (CCC)(JBC)

Dear Judge Cecchi:

    This firm represents Defendant John Albohm in the above matter. We write in opposition to the Plaintiff's Notice of Motion for "Final Default Judgment".

    Plaintiff's Motion must be denied as service of the Complaint has neither been achieved nor waived pursuant to F. R. Civ. P. 4(c)(1) or 4(d). Plaintiff's Motion papers are devoid of any proof of service of the Complaint, let alone any sworn statement that the Complaint was served with a summons as mandated as F. R. Civ. P. 4(c)(1). Indeed, Docket Entry 8 reveals that no summonses were issued by the Clerk in this action until March 31, 2016. In any event, when and if proper service of a summons and Complaint on Mr. Albohm is achieved or waived, the Defendant will have not less than twenty-one (21) days to respond to it by Motion or responsive pleading.

    Accordingly, for the foregoing reasons, we respectfully request that the Motion be denied.

                    Respectfully yours,

                    RIVKIN RADLER

                    *s/Frank Holahan*

                    Frank Holahan

FH/jdc
cc:    Michael D'Antonio, *Pro Se* (via ECF)
       All counsel of record (via ECF)
3389719 v1

21 Main Street, Court Plaza South    926 RXR Plaza    477 Madison Avenue
West Wing, Suite 158    Uniondale, NY 11556-0926    New York, NY 10022-5843
Hackensack, NJ 07601-7021    T 516.357.3000  F 516.357.3333    T 212.455.9555  F 212.687.9044
T 201.287.2460  F 201.489.0495