UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL A. D'ANTONIO,<br><br>                     Plaintiff,<br><br>vs.<br><br>PASSAIC RIVER COALITION; BOROUGH OFALLENDALE; STILES THOMAS; JOHN ALBOHM; DAVID BOLE; DAVID PFUND; MARY MCDONNELL; RICHARD EPSTEIN; THOMAS MONAHAN; MARK CARTER; LOUIS CAPAZZI; AND BERGEN COUNTY SHERIFFS DEPT.<br><br>                     Defendants. | Docket No.: 2:16-cv-00816-CCC-JBC<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

      Please note my appearance on behalf of Defendant, Bergen County Sheriff's Department, in the above captioned matter.

                                                       Respectfully submitted,

                                                         **THE LAW OFFICES OF**
                                                         **RICHARD MALAGIERE, P.C.**
                                                         250 Moonachie Road, Suite 102
                                                         Moonachie, New Jersey 07074
                                                         (201) 440-0675
                                                         les@malagierelaw.com

                                                   By:/s/ Leonard E. Seaman
                                                           Leonard E. Seaman

DATED: April 8, 2016